■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LISZKA, Appellant. (Appeal No. 1.)—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: The sentence of 4⅓ to 12 years' incarceration is illegal and we reduce it to 4 to 12 years. We find no merit in the other issues raised by defendant on appeal. (Appeal from judgment of Erie County Court, Wolfgang, J.—burglary, second degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LISZKA, Appellant. (Appeal No. 2.)—Judgment unanimously modified on the law and as modified affirmed, in accordance with same memorandum as in *People v Liszka* ([appeal No. 1] 156 AD2d 1021 [decided herewith]). (Appeal from judgment of Erie County Court, Wolfgang, J.—burglary, sec-

ond degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.